IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA CHAMBERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:07cv436-TFM ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) |

# ORDER

Upon consideration of the *Application for Attorney Fees Under the Equal Access to Justice Act* submitted by the Plaintiff (Doc. #19, filed February 26, 2008), and the attachments thereto, it is hereby

**ORDERED** that the **DEFENDANT file a response by March 14, 2008** to show any cause why the motion should not be granted, either in whole or in part.

Done this 27th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE